AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| HINDMAN LLC <br> *Plaintiff* <br> v. <br> HARRY MIHALY, HARRY EHRENREICH and YACOV ENRENREICH <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:20-cv-01341 <br> ) <br> ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   12/04/2020   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   04/30/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF:**

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on **APR 3 0 2021**.

THOMAS G. BRUTON, CLERK

By: _____
Deputy Clerk

Rev. 08/22/2016

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HINDMAN LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:20-cv-01341 |
| HARRY MIHALY, HARRY EHRENREICH and, YACOV EHRENREICH, | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

The Court has ORDERED that:

The Plaintiff, HINDMAN LLC recover from the defendants, HARRY MIHALY and YACOV EHRENREICH, jointly and severally, the amount of Four Hundred Twenty-Seven Thousand Nine Hundred Thirty-Three and 76/100th Dollars ($427,933.76), plus post judgment interest along with costs.

This action was decided by Judge John Z. Lee on a motion for default judgment against defendants Harry Mihaly and Yacov Ehrenrecich filed by plaintiff, Hindman LLC.

Date: 12/4/20

*/s/ John Z. Lee*

John Z. Lee
United States District Court Judge