UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
HINDMAN LLC,                                                       :
                                                                   :
                                                                   :      21 MC 452 (PAE)
                              Plaintiff,                           :
                                                                   :      <u>ORDER</u>
            -v-                                                    :
                                                                   :
HARRY MIHALY, et al.,                                              :
                                                                   :
                              Defendants.                          :
                                                                   :
                                                                   :
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

On December 4, 2020, plaintiff Hindman LLC ("Hindman") obtained a default judgment from the United States District Court for the Northern District of Illinois, Eastern Division, against defendants Harry Mihaly ("Mihaly"), Harry Ehrenreich, and Yacov Ehrenreich (together, "defendants") in the amount of $427,933.76, plus post-judgment interest and costs. Dkt. 1 at 3. On May 20, 2021, Hindman registered the judgment in this Court pursuant to 28 U.S.C. § 1963, which provides that "[a] judgment so registered shall have the same effect as the judgment of the district court of the district where registered and may enforced in a like manner."

The Court has granted Hindman's motion to compel Mihaly and Yacov Ehrenreich to provide all demanded post-judgment discovery, Dkt. 16, and further ordered them to pay Hindman's attorneys' fees incurred in making the motion to compel, Dkt. 21.

The Court has now received a motion from plaintiff Hindman LLC ("Hindman") to hold defendants Harry Mihaly and Yacov Ehrenreich ("defendants") in contempt of court and impose further sanctions on each. Dkt. 25. Hindman argues that defendants have not obeyed either the Court's order to compel discovery or the Court's order that they pay Hindman's attorneys' fees.

The Court directs Hindman to serve the defendants with their moving papers, Dkts. 25–27, and this order, and to file proof of service on this docket forthwith. The Court directs defendants to submit any response by two weeks after such service is made.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 15, 2022
       New York, New York