UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                        :
HINDMAN LLC,                                            :
                                                        :          21 Misc. 452 (PAE)
                              Plaintiff,                :
                                                        :              ORDER
            -v-                                         :
                                                        :
HARRY MIHALY, et al.,                                   :
                                                        :
                              Defendants.               :
                                                        :
                                                        :
                                                        :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On November 3, 2022, the Court held an in-person hearing at which defendants Harry

Mihaly and Yacov Ehrenreich, whom the court has held in civil contempt, were presented. The

transcript of the conference reflects the deadlines the Court set for the defendants to comply with

outstanding information subpoenas and subpoenas *duces tecum*, and the dates the Court set for

each defendant's deposition.

The Court further hereby orders Mihaly and Ehrenreich to appear on December 14, 2022,

at 2:00 p.m. in Courtroom 1305 at 40 Foley Square, New York, New York 10007.

            SO ORDERED.

                                        *Paul A. Engelmayer*
                                        _____
                                        Paul A. Engelmayer
                                        United States District Judge

Dated: November 3, 2022
       New York, New York