UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                               :

HINDMAN LLC,                    :

                  Plaintiff,     :          21 Misc. 452 (PAE)

                               :           ORDER

            -v-                  :

HARRY MIHALY, et al.,        :

                  Defendants.   :

                               :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

      On November 3, 2022, the Court held a conference in this matter, at which the Court

unsealed the arrest warrant it issued for defendants Harry Mihaly and Yacov Ehrenreich.

Accordingly, the Clerk of Court is respectfully directed to unseal the document at Docket 45.


      SO ORDERED.

                                         *Paul A. Engelmayer*

                                      _____
                                        Paul A. Engelmayer
                                        United States District Judge


Dated: November 3, 2022
       New York, New York