UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HINDMAN LLC,                                                        :
                                                                    :         21 Mic. 452 (PAE)
                                        Plaintiff,                  :
                                                                    :         SEALED ARREST
                -v-                                                 :            WARRANT
                                                                    :
HARRY MIHALY et al.,                                                :
                                                                    :
                                        Defendants.                 :
                                                                    :
                                                                    :
------------------------------------------------------------------- X

TO:     Any authorized law enforcement officer:

        WHEREAS the Court ordered Harry Mihaly and Yacov Ehrenreich to appear in court on

October 12, 2022, at 2 p.m. and warned Mihaly and Ehrenreich that failure to appear would

result in a warrant being issued for their arrest, Dkt. 38;

        WHEREAS Mihaly and Ehrenreich did not appear in court on October 12, 2022;

        **YOU ARE COMMANDED** to arrest and bring before United States District Judge Paul

A. Engelmayer on **November 3, 2022**, Harry Mihaly and Yacov Ehrenreich, who are in violation

of this Court's order dated September 13, 2022.  In executing this search warrant, you may not

(1) forcibly enter a residence or domicile in which you have a reasonable belief Mihaly or

Ehrenreich resides; or (2) detain either Mihaly or Ehrenreich overnight.

        On **November 3, 2022**, at Courtroom 1305 at 40 Foley Square, New York, NY 10007,

each Mihaly and Ehrenreich must show cause why he should not be held in civil contempt for

violating the Court's earlier orders dated October 22, 2021, January 3, 2022, April 18, 2022, and

September 13, 2022.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: October 27, 2022
       New York, New York