UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HINDMAN LLC,                                                        :
                                                                    :  21 Mic. 452 (PAE)
                                  Plaintiff,                        :
                                                                    :  ORDER
                  -v-                                               :
                                                                    :
HARRY MIHALY, et al.,                                               :
                                                                    :
                                  Defendants.                       :
                                                                    :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    On November 17, 2022, the Court received objections from defendant Harry Mihaly to an information subpoena in this matter, on multiple grounds, including "prematureness" and "overbreadth." Dkt. 53-1. Plaintiff Hindman LLC is ordered to respond to these objections by December 2, 2022. In that letter, counsel is advised to consider whether all information requests contained in the subpoena are necessary. The Court does not invite a reply.

    SO ORDERED.

<em>Paul A. Engelmayer</em><br>
_____<br>
Paul A. Engelmayer<br>
United States District Judge

Dated: November 18, 2022
       New York, New York