UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
HINDMAN LLC, :
: 21 Mic. 452 (PAE)
Plaintiff, :
: ORDER
-v- :
:
HARRY MIHALY et al., :
:
Defendants. :
:
:
------------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On December 6, 2022, the Court received an application by defendant Yacov Ehrenreich for emergency relief seeking an order to stay the execution proceedings in this action pending the resolution of an action Mr. Ehrenreich has filed in the United States District Court for the Northern District of Illinois, Eastern Division. In that action, Mr. Ehrenreich seeks to vacate a default judgment entered against him, which forms the basis for the registered judgment underlying this action. Dkt. 62.

The Court **DENIES** the application. All dates and deadlines in this case remain in place. These include the date, December 7, 2022, for Mr. Ehrenreich's deposition, which is to go forward as scheduled. In the event of a court ruling in the action brought by Mr. Ehrenreich in Illinois, of course, the Court, upon notice of such ruling, will reassess the schedule and status of this action.

Separately, the Court has also received counsel's letters, *see* Dkts. 53-1, 60, 61, regarding defendant Harry Mihaly's objections to every question in the information subpoena plaintiff has served on him, and his objections to every document request in the subpoena *duces tecum* served on him.

Plaintiff's counsel has indicated that he intends to question Mr. Mihaly about these questions and requests at today's deposition, Dkt. 60, including, no doubt, seeking a clear and specific articulation of the answers to these questions and an identification of materials responsive to these requests that are in Mr. Mihaly's possession, custody, or control. Such questions are appropriate, and the Court expects Mr. Mihaly to be prepared to knowledgably answer them. Following the deposition, if defense counsel believes that there are good faith bases to object to the pending information and document subpoenas or parts therefore, defense counsel may so move in writing for appropriate relief.   The Court will take up any such disputes at the next hearing scheduled in this matter, scheduled for December 14, 2022.

Lastly, owing to a conflict in the Court's schedule, the December 14, 2022 hearing, to be held in person in Courtroom 1305 at 40 Foley Square, New York, New York 10007, will now be held at 2:30pm, rather than 2pm. For avoidance of doubt, defendants Mihaly and Ehrenreich are both directed to appear in person at that hearing.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 6, 2022
       New York, New York