UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HINDMAN LLC,                                                        :
                                                                    :         21 Mc. 452 (PAE)
                                        Plaintiff,                  :
                                                                    :             ORDER
                -v-                                                 :
                                                                    :
HARRY MIHALY et al.,                                                :
                                                                    :
                                        Defendants.                 :
                                                                    :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      On December 14, 2022, the Court held a hearing at which counsel for plaintiff Hindman LLC and defendants Harry Mihaly and Yacov Ehrenreich, both with counsel, appeared to provide the Court a status update. At that hearing, the Court set a deadline of **January 11, 2023**, for a joint letter from the parties that alerts to the Court as to the status of document production, and if document production is complete, whether plaintiff assents to the purging of the defendants' contempt.

      Upon a court order purging defendants' contempt, the Court will then entertain an application from plaintiff for attorneys' fees, which will be due within two weeks, with any response from defendants due one week later.

      SO ORDERED.

                                                                                    Paul A. Engelmayer
                                                                                   United States District Judge

Dated: December 14, 2022
       New York, New York